■ The People of the State of New York, Respondent, v Tisha J. Dingle, Appellant. [30 NYS3d 858]—Judgment, Supreme Court, Bronx County (John Moore, J.), rendered January 8, 2014, convicting defendant, upon her plea of guilty, of attempted arson in the third degree, Penal Law §§ 110.00 and 150.10, and sentencing her to a split sentence of six years and five years' probation, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Mazzarelli, Andrias, Manzanet-Daniels and Gesmer, JJ.